

Joseph V. Canto, court appointed, Gainesville, Fla., for defendant-appellant.

William Stafford, U. S. Atty., Clinton Ashmore, Asst. U. S. Atty., Tallahassee, Fla., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Harold Raymond Hooks, pro se.

Walter Colbaith, Public Defender, Norman J. Kapner, Asst. Public Defender, West Palm Beach, Fla., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Judgment affirmed. See Local Rule 21.**

**Harold Raymond HOOKS, Petitioner-Appellant,**

v.

**Walter COLBAITH, Public Defender, Palm Beach County, Respondent-Appellee.**

**No. 31097**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

April 9, 1971.

Rehearing Denied April 29, 1971.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**James Cecil WILSON, Defendant-Appellant.**

**No. 20862.**

United States Court of Appeals, Sixth Circuit.

April 19, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York

et al., 5th Cir. 1970, 431 F.2d 409, Part I.

** See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).